**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

5th Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

____________ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR:WILLIAM DUQUE AND MIRIAM RAMIREZ CASE NO.: 11-44926-LMI

This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $ 1860.11 for months 1 to 10

B. $ 2355.47 for months 11 to 60 ;

C. $__________ for months _____ to _____; in order to pay the following creditors:

Administrative: Attorney's Fees and Costs - $3500.00 fees & $275.00 costs ($150.00 court costs, $75.00 credit reports & $50.00 pre-filing credit counseling); TOTAL PAID PRE-PETITION $ 1025.00
Motion to Value 1ST Mort. $775.00, Motion to Value 1ST Mort. $775.00, Motion to Value HOA. $775.00 , Motion to Value Vehicle 1st $525.00 (safe harbor), Motion to Value Vehicle 2nd $525.00 (safe harbor)
TOTAL FEES & COSTS $7,150.00
Balance Due $ 6125.00 payable $612.50/month (Months 1 to 10 )

Name: Hampton Court Condominiums
Address:
Account No: Unit #9

Arrearage on Petition Date $ Stripping Arrears .
Arrears Payment $________/month (Months _____ to _____)
Arrears Payment $________/month (Months _____ to _____)
Regular Payment $ 232.00 /month (Months 1 to 60 )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] including creditors entitled to adequate protection payments which shall be paid through the plan: **IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM "MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY") WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **TD BANK** | **2007 Dodge Charger Principle balance: : $9,545.27** | **5.25%** | **$190.98** | **1 - 60** | **$10,873.80** |
| **Ford Motor Credit Lincoln Automotive** | **2008 Mercury Mountaineer Value:$15,769.41 as per poc** | **5.25%** | **$299.40** | **1 - 60** | **$17,964.00** |
| **Seturus** | **5801 Washington Street #9 Hollywood, FL 33023 Value : $50,000.00** | **5.25%** | **$339.22 $1071.32** | **1 – 10 11 - 60** | **$56,958.00** |
| **Bank of America** | **5801 Washington Street #9 Hollywood, FL 33023 Value : $50,000.00** | **N/A** | **N/A** | **N/A** | **- Stripping second Mortgage – wholly unsecured** |
| **Hampton Court Condo** | **5801 Washington Street #9 Hollywood, FL 33023 Value : $50,000.00** | **N/A/** | **N/A** | **N/A** | **- Stripping HOA Arrears – wholly unsecured** |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. INTERNAL REVENUE SERVICE Total Due $ 6211.39
Payable $ 124.22 /month (Months 11 to 60 )

Unsecured Creditors: Pay $202.00_/month (Months__11__ to _60__).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above: The Debtor will provide copies of his income tax returns to the Chapter 13 Trustee on or before May 15 during the pendency of the plan. The Debtors will amend Schedules I & J if their income increases and will modify the plan if necessary

__________/s/ **FILED ECF**____
Mitchell J Nowack, Esq. with knowledge and
Consent of the Debtor D.O.F:12/23/11 Date:10/23/12